# United States Bankruptcy Court
## District of Minnesota

In re: **Steven Douglas Fletcher / Heather Rachel Johnson Fletcher**, Debtor(s)

Case No. _____  
Chapter **13**

## STATEMENT UNDER PENALTY OF PERJURY RE: PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

- [x] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  - [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;
  - [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
  - [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;
  - [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
  - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: *Steven D Fletcher*   Date: 08/17/2020

***************************************************************

- [x] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  - [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;
  - [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
  - [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;
  - [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
  - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: *Heather R J Fletcher*   Date: 08/16/2020

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account

**Minneapolis**
City of Lakes

**City of Minneapolis** 612/673-2400
350 South 5th St.
Minneapolis, MN 55415-1379

| Pay Group: | CCP-City Council Positive Empl | Check #: | 3239170 |
|---|---|---|---|
| Pay Begin Date: | 07/19/2020 | | |
| Pay End Date: | 08/01/2020 | Check Date: | 08/14/2020 |

**Steven Douglas Fletcher**
360 1st St N
Apt 446
Minneapolis, MN 55401

| Employee ID: | 129194 |
|---|---|
| Department: | 2600000-CITY CLERK |
| Job Title: | Council Member-C |
| Pay Rate: | Listed below |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | RateUsed | Hrs/Unit | Current Earnings | Hrs/Unit | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Earnings | | Hourly | | 3,984.24 | | 67,666.71 |
| Wellness Gift Cards | | | | | | 20.00 |
| **TOTAL:** | | | | **3,984.24** | | **67,666.71** |

### TAXES

| Description | Taxable Gross | Current | YTD |
|---|---|---|---|
| Fed Withholdng | 3,496.26 | 349.44 | 6,732.01 |
| Fed MED/EE | 3,755.24 | 54.45 | 926.57 |
| Fed OASDI/EE | 3,755.24 | 232.83 | 3,961.91 |
| MN Withholdng | 3,496.26 | 184.64 | 3,407.31 |
| **TOTAL:** | | **821.36** | **15,027.80** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 229.00 | 3,435.00 |
| PERA Coord. Retirement Plan | 258.98 | 517.96 |
| Metropass | | 350.00 |
| **TOTAL:** | **487.98** | **4,302.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 772.00 | 11,580.00 |
| Delta Dental Plan for City | 34.50 | 517.50 |
| VEBA | 95.00 | 1,425.00 |
| PERA Coord. Retirement Plan | 298.82 | 597.64 |
| Employer Paid Life Insurance | | 38.50 |
| Employer Paid LTD | | 180.67 |
| Metropass | | 231.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,984.24 | 3,496.26 | 821.36 | 487.98 | 2,674.90 |
| YTD | 67,666.71 | 63,383.75 | 15,027.80 | 4,302.96 | 48,335.95 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #3239170 | Checking | *******263 | 2,674.90 |
| **TOTAL:** | | | **2,674.90** |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3239170 | 2,674.90 |
| Total | 2,674.90 |

**MESSAGE:**
Please consider enrolling in Direct Deposit if you have not already done so.

**Minneapolis** City of Lakes

**City of Minneapolis** 612/673-2400
350 South 5th St.
Minneapolis, MN 55415-1379

| Pay Group: | CCP-City Council Positive Empl | Check #: | 3218513 |
|---|---|---|---|
| Pay Begin Date: | 05/24/2020 | | |
| Pay End Date: | 06/06/2020 | Check Date: | 06/19/2020 |

**Steven Douglas Fletcher**
Apt 203
1025 Washington Ave S
Minneapolis, MN 55415

| Employee ID: | 129194 |
|---|---|
| Department: | 2600000-CITY CLERK |
| Job Title: | Council Member-C |
| Pay Rate: | Listed below |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | RateUsed | Current Hrs/Unit | Earnings | YTD Hrs/Unit | Earnings |
|---|---|---|---|---|---|---|
| Regular Earnings | | Hourly | | 3,984.24 | | 51,729.75 |
| Wellness Gift Cards | | Amount | | 20.00 | | 20.00 |
| **TOTAL:** | | | | **3,984.24** | | **51,729.75** |

### TAXES

| Description | Taxable Gross | Current | YTD |
|---|---|---|---|
| Fed Withholdng | 3,725.24 | 395.01 | 5,195.33 |
| Fed MED/EE | 3,725.24 | 54.02 | 706.18 |
| Fed OASDI/EE | 3,725.24 | 230.97 | 3,019.51 |
| MN Withholdng | 3,725.24 | 200.21 | 2,621.35 |
| **TOTAL:** | | **880.21** | **11,542.37** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 229.00 | 2,748.00 |
| Metropass | 50.00 | 300.00 |
| **TOTAL:** | **279.00** | **3,048.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 772.00 | 9,264.00 |
| Delta Dental Plan for City | 34.50 | 414.00 |
| VEBA | 95.00 | 1,140.00 |
| Employer Paid Life Insurance | 5.50 | 33.00 |
| Employer Paid LTD | 25.81 | 154.86 |
| Metropass | 33.00 | 198.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,984.24 | 3,725.24 | 880.21 | 279.00 | 2,825.03 |
| YTD | 51,729.75 | 48,701.75 | 11,542.37 | 3,048.00 | 37,139.38 |

### NET PAY DISTRIBUTION

Advice #3218513

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *******092 | 2,825.03 |
| **TOTAL:** | | **2,825.03** |

### NET PAY DISTRIBUTION

| Advice #3218513 | 2,825.03 |
|---|---|
| Total | 2,825.03 |

MESSAGE:
Please consider enrolling in Direct Deposit if you have not already done so.

**IMPACT INNOVATIONS INC**
PO BOX 550
CLARA CITY MN 56222
(770)551-9727

**HEATHER RACHEL JOHNSON**
EMPLOYEE ID: 853
DEPARTMENT: 84006041
DD RECEIPT:   1008062501



Pay Period  08/02/2020 - 08/15/2020
Pay Date    08/14/2020

FITWH   Filing Status: M
MN      Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 80.00 | 2,307.70 | 1,248.00 | 39,230.90 |
| Hol |  |  |  | 80.00 |  |
| PTO |  |  |  | 32.00 |  |
| Total |  | 80.00 | $2,307.70 | 1,360.00 | $39,230.90 |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 115.39 | 1,384.68 |
| 401kRoth | 46.15 | 553.80 |
| ACCID | 6.52 | 78.24 |
| Dental | 4.67 | 56.04 |
| FSA | 50.00 | 600.00 |
| LTD | 3.12 | 37.44 |
| Vision | 3.69 | 44.28 |
| VolLifeEE | 5.95 | 71.40 |
| Total | $235.49 | $2,825.88 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 126.42 | 2,769.36 |
| MED | 32.62 | 558.74 |
| SOC | 139.46 | 2,388.92 |
| MN | 92.01 | 1,478.72 |
| Total | $390.51 | $7,195.74 |

| Net Pay | XXXXXX4263 | $1,681.70 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Floating |  |  | 16.00 |
| PTO |  |  | 88.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401K Match |  | 581.52 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

IMPACT INNOVATIONS INC
PO BOX 550
CLARA CITY MN 56222

Direct Deposit #  1008062501
Date              08/14/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

Pay to the
Order of

84006041   DD

HEATHER RACHEL JOHNSON FLETCHER
1025 WASHINGTON AVE S 203
MINNEAPOLIS MN 55415

DIRECT DEPOSIT  $1,681.70
TO ACCOUNT #    XXXXXX4263
BANK #          XXXXX3116

N O N - N E G O T I A B L E

**IMPACT INNOVATIONS INC**
PO BOX 550
CLARA CITY MN 56222
(770)551-9727

**HEATHER RACHEL JOHNSON**
EMPLOYEE ID: 853
DEPARTMENT: 84006071
DD RECEIPT:   1007456564



| Pay Period | 06/07/2020 - 06/20/2020 | | FITWH | Filing Status: M Exemptions: 1 |
| --- | --- | --- | --- | --- |
| Pay Date | 06/19/2020 | | MN | Filing Status: M Exemptions: 1 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
| --- | --- | --- | --- | --- | --- |
| Salary | | 80.00 | 2,307.70 | 960.00 | 30,000.10 |
| Hol | | | | 72.00 | |
| PTO | | | | 8.00 | |
| Total | | 80.00 | $2,307.70 | 1,040.00 | $30,000.10 |

| Deductions | CURRENT | YTD | | Taxes | CURRENT | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| 401k | 115.39 | 923.12 | | FITWH | 166.11 | 2,263.68 |
| 401kRoth | 46.15 | 369.20 | | MED | 32.62 | 428.26 |
| ACCID | 6.52 | 52.16 | | SOC | 139.46 | 1,831.08 |
| Dental | 4.67 | 37.36 | | MN | 80.83 | 1,110.68 |
| FSA | 50.00 | 400.00 | | Total | $419.02 | $5,633.70 |
| LTD | 3.12 | 24.96 | | | | |
| Vision | 3.69 | 29.52 | | Net Pay | XXXXXX9092 | $1,653.19 |
| VolLifeEE | 5.95 | 47.60 | | | | |
| Total | $235.49 | $1,883.92 | | | | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
| --- | --- | --- | --- |
| Floating | | | 16.00 |
| PTO | | | 112.00 |

| Other Amount | CURRENT | YTD |
| --- | --- | --- |
| 401K Match | | 581.52 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

IMPACT INNOVATIONS INC
PO BOX 550
CLARA CITY MN 56222

Direct Deposit #  1007456564
Date    06/19/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **       VOID ** VOID **

| | | |
| --- | --- | --- |
| | 84006071    DD | DIRECT DEPOSIT $1,653.19 |
| Pay to the Order of | HEATHER RACHEL JOHNSON FLETCHER | TO ACCOUNT #    XXXXXX9092 |
| | 1025 WASHINGTON AVE S 203 | BANK #             XXXXX0019 |
| | MINNEAPOLIS MN 55415 | **N O N - N E G O T I A B L E** |