**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Steven Douglas Fletcher
aka Steve Douglas Fletcher, asf ASF Strategy 99, llc

Heather Rachel Johnson Fletcher
aka Heather Rachel Johnson, asf HRJ Designs, LLC

Case No: 20−42081 − KHS

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015−1 through 3020−3 and Local Form 3015−1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016−1(d) and Local Form 2016−1(d).

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. The attorney for the debtor(s), Jesse A. Horoshak, is awarded $3500.00 for total compensation or reimbursement and the trustee is authorized to pay the unpaid balance to the attorney for the debtor(s) as provided in the plan.

Dated: 10/15/20

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on October 15, 2020
Lori Vosejpka Clerk, United States Bankruptcy Court
By: lindas Deputy Clerk

mnbocnf13 13ocnf 11/27/2017

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 20-42081-KHS |
| Steven Douglas Fletcher | Chapter 13 |
| Heather Rachel Johnson Fletcher | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: lindas | Page 1 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: 13ocnf | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Douglas Fletcher, Heather Rachel Johnson Fletcher, 360 1st St. N, Apt 446, Minneapolis, MN 55401-3361 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Heather Rachel Johnson Fletcher, 360 1st St. N, Apt 446, Minneapolis, MN 55401-3361 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Jesse A. Horoshak | on behalf of Debtor 2 Heather Rachel Johnson Fletcher jhoroshak@kainscott.com bbabatz@kainscott.com;HoroshakJR72722@notify.bestcase.com |
| Jesse A. Horoshak | on behalf of Debtor 1 Steven Douglas Fletcher jhoroshak@kainscott.com bbabatz@kainscott.com;HoroshakJR72722@notify.bestcase.com |
| US Trustee | |

District/off: 0864-4 | User: lindas | Page 2 of 2
Date Rcvd: Oct 15, 2020 | Form ID: 13ocnf | Total Noticed: 1

ustpregion12.mn.ecf@usdoj.gov

TOTAL: 4