2100 B (12/15)

# United States Bankruptcy Court

District of Minnesota
Case No. 20-42081
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Douglas Fletcher
360 1st St. N
Apt 446
Minneapolis MN 55401

Heather Rachel Johnson Fletcher
360 1st St. N
Apt 446
Minneapolis MN 55401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 18: SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121

Name and Address of Transferee:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/09/20

Lori A. Vosejpka
**CLERK OF THE COURT**

United States Bankruptcy Court

District of Minnesota

In re:  
Steven Douglas Fletcher  
Heather Rachel Johnson Fletcher  
    Debtor(s)

Case No. 20-42081-KHS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: lindas      Page 1 of 1  
Date Rcvd: Dec 07, 2020      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 62598876 | Email/Text: lhunsaker@sofi.org | Dec 07 2020 22:17:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Jesse A. Horoshak | on behalf of Debtor 2 Heather Rachel Johnson Fletcher jhoroshak@kainscott.com bbabatz@kainscott.com;HoroshakJR72722@notify.bestcase.com |
| Jesse A. Horoshak | on behalf of Debtor 1 Steven Douglas Fletcher jhoroshak@kainscott.com bbabatz@kainscott.com;HoroshakJR72722@notify.bestcase.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4